THE TRAVELERS INSURANCE COMPANY, Appellant, v. MORRIS POMERANTZ and Others, Respondents.— Reargument ordered.   Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN M. EPSTEIN.— Motion granted enlarging time within which appeal must be brought on for argument to November 16, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK DADOMO.— Motion granted enlarging time within which appeal must be brought on for argument to November 18, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW KANE.— Motion granted enlarging time within which appeal must be brought on for argument to November 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD A. NOBLETT.— Motion granted enlarging time within which appeal must be brought on for argument to November 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.